# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL MARIE GLANCY,<br><br>   Plaintiff,<br>vs.<br><br>METLIFE INSURANCE COMPANY, et al.,<br><br>   Defendants. | CASE NO. 08cv1122 DMS (LSP)<br><br>**ORDER (1) GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND (2) DIRECTING U.S. MARSHAL TO EFFECT SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4** |

Plaintiff has submitted a Complaint pursuant to the Employee Retirement Income Security Act ("ERISA"), along with an application to proceed *in forma pauperis*. Plaintiff declares she is unemployed and possesses no other significant source of income or assets. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* is GRANTED.

2. The United States Marshal shall serve a copy of the Complaint and Summons upon Defendants as directed by Plaintiff on U.S. Marshal Form 285. All costs of service shall be advanced by the United States.

///
///
///
///

- 1 -                                                                                   08cv1122

3. Defendants shall reply to the Complaint within the time provided by the applicable provisions of Fed. R. Civ. P. 12(a) and 42 U.S.C. § 1997e(g).

**IT IS SO ORDERED**.

DATED: June 25, 2008

HON. DANA M. SABRAW
United States District Judge